Fred Feleki Martinez G-36444
<u>Name and Prisoner Booking Number</u>
CSP-COR 3A03 #142
<u>Place of Confinement</u>
P.O. Box 3461
<u>Mailing Address</u>
Corcoran Ca, 93212
<u>City. State. Zip Code</u>

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

Oct 16, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Fred Feleki Martinez G-36444.
<u>(Full Name of Plaintiff)</u>
                    Plaintiff,

        v.

(1) Jeff Lynch (Warden)
<u>(Full Name of Defendant)</u>
(2) Hibbard (Sergeant)
(3) Botelhu (officer)
(4) Earnshaw (officer)
                    Defendant(s).
Check if there are additional Defendants and attach page 1-A listing them

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. **1:23-cv-01473-SAB (PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒Original Complaint
☐First Amended Complaint
☐Second Amended Complaint
☒Jury Trial Demanded

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒28 U.S.C. § 1343(a): 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331: <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CSP-SACRAMENTO _____.

Revised 3/15/2016

<u>A</u>

## Defendants Continued:

5) Officer Gutierrez
6) Officer Mouayang
7) Officer Rios
8) Officer Romo
9) Officer Moreno
10) Officer M. Lopez
11) Officer E. Duran
12) Officer Hamon —
13) " " Holman —
14) " " Mayr —
15) " " Perales —
16) " " Johnson —
17) " " A. Burns —
18) " " Martinez-Gallegus —
19) " " Kiaski —
20) " " J. Bell —
21) Sgt. B. falcomm
22) Sgt. R. Reyes
23) Sgt. K. Mckenna

Defendants 1 thru 23 mentioned herein are employd by CDCR at CSP-SAC with duties of Orderlies as are subject to keeping the peace and ensuring the safety of all prisoners under their

1 (a)

care. Each of the named defendants at all times within this complaint were the agent of every other defendant having the legal obligatory duty to oversee, supervise, intervene and maintain professional conduct while on the job.

Plaintiff further alleges that the above defendants acted in concert, and their acts and failure to act were "Intentional", "Malicious", "Wanton", "Oppressive", "Arbitrary", and done with a knowing disregard for Plaintiffs Constitutional Rights. Therefore they are all sued in their "individual capacity"!

1 (b)

## B. DEFENDANTS →→ SEE 1 (a) & 1 (b)

1.  Name of first Defendant: _____. The first Defendant is employed as:
_____ at _____.
(Position and Title)                                    (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.
(Position and Title)                                    (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
(Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2.  If yes, how many lawsuits have you filed? __4__. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: __Martinez__ v. __Rubio et el__
        2.  Court and case number: __1:19-cv-0108 Bam PC eastern district__.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            __Settled__.

    b.  Second prior lawsuit:
        1.  Parties: __Martinez__ v. __Peterson__
        2.  Court and case number: __2:21-cv-1779 - JDP  Eastern district__.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

    c.  Third prior lawsuit:
        1.  Parties: __Martinez__ v. __Cal. State Prison CMF__
        2.  Court and case number: __2:23-CV-0085-KJM-DMC-P  Eastern district__.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

d. Fourth prior lawsuit:
   1- Parties: Martinez v. Tarrant et al
   2- Court and case #: 2:23-CV-01218-DB Eastern district
   3- Result: still pending

### Administrative Remedies

See Exhibit "A": Office of Grievence Desision
dated 4/20/2023 at last sentence underlineed:
"This decision exhausts all admin remedies available to
you for this claim".

Also see exhibit "B": a memorandum dated
August 17, 2023 sent to me directly from defendent
Warden Jeff Lynch himself.

3



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## OFFICE OF GRIEVANCES DECISION

CDCR SOMS CGT

**Offender Name:** MARTINEZ, FRED FELEKI          **Date:** 04/20/2023

**CDC#:** G36444

**Current Location:** SAC-Facility B          **Current Area/Bed:** B 008 1 - 009001L

**Log #:** 000000388053

---

**Claim #: 001**

**Received at Institution/Parole Region:**      California State Prison, Sacramento
**Submitted to Facility/Parole District:**      California State Prison, Sacramento
**Housing Area/Parole Unit:**
**Category:** Offender Safety and Security          **Sub-Category:** Use of Force

The California Department of Corrections and Rehabilitation received your grievance on 04/12/2023 which you submitted on 04/12/2023.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

Offender Name:
CDC#: G364 4

Current Location:

**Decision: Allegation of Staff Misconduct**

Log #: 000000388053

Claim #: 001
Received at Institution/Pa and
Submitted to Facility/Parole D
Housing Area/Parole Unit:
Category: Offender Safety and

The California Department of Corr                                                                          4/23.

Pursuant to the California Code                                                                       will be refe
outside the grievance and appeal                                                              to prove        prove
the allegation. A separate respo                                                               remedies      able to
you for this claim.
CDC#: G364 4

Current Location:

Decision: Allegation of Staff

Log #: 000000388053

Claim #: 001
Received at Institution/A and
Submitted to Facility/Parole D
Housing Area/Parole Unit:
Category: Offender Safety and

4          Exhibit "A"

DocuSign Envelope ID: 7BB9B95D-7E2D-4974-A4F5-2F8CC08E5F43

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date:     August 17, 2023

To:       Fred Martinez (G36444)
          California State Prison, Sacramento

Subject:  **RESPONSE TO STAFF MISCONDUCT ALLEGATION COMPLAINT REGARDING OFFICE OF GRIEVANCE TRACKING (OGT) LOG NUMBERS 388053 AND ALLEGATIONS AGAINST STAFF TRACKING SYSTEM (AASTS) LOG NUMBER 20038990**

The California Department of Corrections and Rehabilitation (CDCR) received your allegation of staff misconduct complaint on 04/12/2023 In your complaint, you made the following allegation(s): You alleged that on or about January 29, 2023, staff utilized unnecessary force on you when they beat and battered you.

The complaint was processed in accordance with the CDCR staff misconduct regulations set forth in the California Code of Regulations (CCR), Title 15, Section 3486, Allegations of Staff Misconduct Towards an Incarcerated Person or Parolee.

The processes set forth in CCR, Title 15, Section 3486 have concluded and the finding(s) regarding your complaint are as follows:

- Allegation is not sustained.

No information related to any personnel action will be conveyed in this matter.

Jeff Lynch
Warden
California State Prison – Sacramento

(Reference: N-AIU-SAC-3853-23)

Exhibit "B"

* CDC 1617 (3/89)

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 35 |
|---|---|---|
| REPORT NO. IRTR161 - 12 | INCIDENT LOG NUMBER: 000000000052003 | PROCESSED: 02/24/2023  12:41<br>REQUESTOR: J. Sweeten |

## STAFF NARRATIVE

| STAFF NAME: Barrios<br>CREATED DATE: 01/30/2023 | NARRATIVE TYPE: Initial Report<br>CREATED TIME: 15:41:12 |
|---|---|

### NARRATIVE

On January 30, 2023 at approximately 1300 hours, while performing my duties as Investigative Services Unit (ISU) 214072 Body-Worn Camera Officer, I downloaded Body-Worn Camera footage pertaining to Incident Report 52003 on Facility A from Body-Worn Cameras, A PROGRAM SGT EOP 220364, A PROGRAM SGT 220361, A PROGRAM SGT ASU EOP 220365, A PROGRAM SGT PSU 220363, A YARD 1 222021, HCA A 2 ESCRT PSU 1 223021, A SEC PAT PATIO 222015, A 1 SEC PAT 1 221014, A 2 SEC PAT 1 221024, HCA A 2 ESCRT PSU 2 223022, A 1 SEC PAT 2 221015, A 3 FLR 2 221032, A 2 FLR 1 221021, HCA A 1 ESCRT PSU 1 223011, A 4 FLR 2 221042, A 4 FLR 1 221041, HCA A 1 ESCRT PSU 2 223012, A 6 FLR 1 221061, A OBS 1 222001, A YARD 2 222022, A YARD 4 222024, A 3 CNTRL 221030 and A 2 SEC PAT 2 221025 onto a CD. I wrote the incident number, date, my name and badge number on the CD. I secured the CD into an evidence envelope and sealed it with tape. I wrote my name, badge number and date on the tape and envelope. I processed the evidence into ISU Evidence Room. This concludes my involvement in this incident.

E. Barrios
STAFF SIGNATURE

DATE: 01/30/2023

BADGE #:

PERNR: .

| NARRATIVE REVIEWED: Yes<br>REVIEWED DATE: 01/30/2023 | REVIEWED BY STAFF: Fujiwara,<br>REVIEWED TIME: 16:16:40 |
|---|---|

| STAFF NAME: Phun,<br>CREATED DATE: 01/30/2023 | NARRATIVE TYPE: Initial Report<br>CREATED TIME: 12:05:39 |
|---|---|

### NARRATIVE

On January 30, 2023 at approximately 1100 hours, while performing my duties as Investigative Services Unit (ISU) #6 Post # 214056, I downloaded master video footage pertaining to Incident Report 52003 on Facility A from cameras SAC_AHU34_1040 and SAC_AHU34_1041 onto a CD. I wrote the incident number, date, my name and badge number on the CD. I secured the CD into an evidence envelope and sealed it with tape. I wrote my name, badge number and date on the tape and envelope. I processed the evidence into ISU Evidence Room. This concludes my involvement in this incident.

M. Phun
STAFF SIGNATURE

DATE: 01/30/2023

BADGE #:

PERNR:

| NARRATIVE REVIEWED: Yes<br>REVIEWED DATE: 01/30/2023 | REVIEWED BY STAFF: Fujiwara,<br>REVIEWED TIME: 14:17:49 |
|---|---|

6

Exhibit "C"

# STATEMENT OF FACTS

Per documentation and/or reports of RVR Log #52003, officers 2 through 23 admit in whole and/or in part that the foregoing incident did occur.

On Jan 1st, 2023 at CSP-SAC, A-yard, Building 3, B-section, I was assaulted and battered by a number of defendants while the other defendants looked on and failed to protect and/or intervene.

On this day I refused to rehouse do to a severe "Safety" concern I was experiencing between me and my new cellmate.

Although we are both afflicted with mental illnesses, it was my experience that his was very more severe than mine and it became burdensome to have to deal with him to a point where I was having thoughts and hearing voices telling me to kill him. (further enquiry may be needed concerning my living arrangement with my celly in that it is the thread that was pulled to unravel the gist of this law suit).

After adamantly refusing to rehouse into my cell and being the only inmate left out sudenly surrounded by numerous officers, therefore creating a scene, I was left in a state of extreme paranoia (for I've been beaten by officers in the past) and feelings of agitation, disorientating my mental status, I "again" felt I had to stand my ground and do my do

7

diligence to "slow down" the psychological/mental and emotional feelings I was having by yelling at officers "Don't cross that" boundry I've set to ensure not only my safety, but the safety of any and everyone involved with dealing with me. I set boundry after boundry with which were disregarded and broken passed, having officers to unlawfully "encroach" and ultimately violate my rights to be secure in my person (all other rights reserved) where ultimately "excessive force" was used

Realizing that I would be beaten again, in an attempt to show "I surrender" and "peacefully" give up, I fought myself and got down on my knees and raised my hands high in the air in hopes that I wouldn't have to experience any unwanted/unwarranted pain and/or further pain/suffering.

While defendant #2 stood by supervising defendant(s) 3,4,5,6,7,8,9,10 and 11 knowing I am medically ordered to be always placed in ~~belt~~ waistchains/special cuffing, his failure to act (give appropriate orders) led to the use of force by officers 3-11.

I was already down on my knees with both hands in the air when suddenly I was forcefully slam'd face first to the cement and defendant(s) began repeatedly punching me in the face, ribs and back, while also trying to break my arms and at one point using my ponytail to again slam my face to the cement.

B

while all of this was going on defendant(s) 12-23 were watching and also failed to intervene to stop the violence that was done to my person.

After I was forcefully handcuffed behind the back, (disregarding handcuff chrono from medical) I was thrown onto a gurney and "One" defendant still had his hand(s) wrap'd around my ponytail using it to keep me face down causing me to suffocate to where I passed out and was unconscious. Specifically, defendant(s) #13,14,15,16,18,19 and 20 are officers who were present while I was also transported on said gurney.

When I came to, I was being strip'd naked and injected with psychotropic medication and placed in the crisis bed unit.

All of this alledged incident is reported in log #52003 and video and surveillance footage can also bear witness to my accusations. (See Exhibit "C").

In conclusion defendant(s) #1 is sued due to his failure to properly train his subordernates to follow mentalhealth protocol and policy ordered by the Cal. courts through class action suit under "Coleman". Over 20 officers were involved in this incident with 4 being sergeants and only one inmate, myself!

# Cause of suit

1) Violation of U.S. Constitutional right to be free from "Cruel and unusual punishment".

2) Violation of U.S. Constitution under Deliberate Indifference, failure to protect/intervene.

3) Violation of "American with Disabilities Act" being that plaintiff suffers from a severe mental illness which requires psychotric medication that he is forced to take.

4) Also emotional and psychological distress.

# Prayer for Relief

$7,000,000.00 in Compensatory damages.

$7,000,000.00 in Punitive damages.

I declare under penalty of perjury the foregoing is tru and correct.

10-3-23   Fred Feleki Martinez G-36444

10