Case 2:23-cv-02350-CKD   Document 14   Filed 01/22/24   Page 1 of 6

FILED
JAN 22 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Fred Feleki Martinez G-36444
CHCF B7B 116
P.O. Box 32110
Stockton CA, 95213

United States District Court
For the Eastern District of California

Fred Feleki Martinez,
 Plaintiff,
V.
1- Sgt. Hibbard
2- ofc Earnshaw
3- ofc Botelho
4- ofc Gutierrez
5- DOE
 Defendants

Case # 2:23-cv-2350 CKD P

"First Amended Complaint"

Jury trial Demanded.

## Jurisdiction

This court has jurisdiction pursuant to:
28 U.S.C. §1343(a); 42 U.S.C. §1983

## Administrative Remedies

Administrative remedies have been exhausted.
See exhibit "A". page 4

# Statement of Facts

On Jan 1st, 2023 on B-yard, 3 block, 5-section, I refused to rehouse due to a safety concern between me and my cellmate. Approximately 15 to 20 officers came into the section. I got on my knees with my hands in the air to show surrender when officer <u>Earnshaw</u> began repeatedly punching me in the face and I was slammed face first into the ground. Then officers Botello and <u>Guitierrez</u> held me down on my stomach while at the same time delivering blow after blow to my rib area. At one point an <u>unnamed Doe officer</u> wrap'd their hand around my pony tail and used it to hold my face to the ground suffocating me until I passed out. While all of this was going on <u>sgt Hibbard</u> stood by as supervisor and failed to act and intervene on my behalf for there was no threat what so ever towards staff for I was already on my knees in surrender. (See also exhibit "B" for video footage).

## Cause of Suit

1) All 5 defendants are held liable under violations of:
2) U.S. Constitutional right to be free from cruel and unusual punishment.
3) Deliberate indifference, failure to protect and intervene.
4) Violation of "Americans with Disabilities Act" being that

plaintiff was housed in a building with other mentally ill inmate/patients and suffers from a sever mental illness.

⑤ They are also held to compensate for emotional and psychological distress.

## Prayer for Relief

Compensatory damages in the amount of $500,000.00.
Punitive damages in the amount of $1,000,000.00.
A trial on all issues treble by a jury.
Any additional relief this court deems just, proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Dated: 1-12-24

Fred Fields Martinez G-36444



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** MARTINEZ, FRED FELEKI     **Date:** 04/20/2023

**CDC#:** G36444

**Current Location:** SAC-Facility B     **Current Area/Bed:** B 008 1 - 009001L

**Log #:** 000000388053

**Claim #: 001**
**Received at Institution/Parole Region:** California State Prison, Sacramento
**Submitted to Facility/Parole District:** California State Prison, Sacramento
**Housing Area/Parole Unit:**
**Category:** Offender Safety and Security     **Sub-Category:** Use of Force

The California Department of Corrections and Rehabilitation received your grievance on 04/12/2023 which you submitted on 04/12/2023.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

Exhibit "A"

page 4 of 5

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 35 |
| **REPORT NO. IRTR161 - 12** | **INCIDENT LOG NUMBER: 000000000052003** | **PROCESSED:** 02/24/2023 12:41 |
| | | **REQUESTOR:** J. Sweeten |

## STAFF NARRATIVE

**STAFF NAME:** Barrios  
**CREATED DATE:** 01/30/2023  
**NARRATIVE TYPE:** Initial Report  
**CREATED TIME:** 15:41:12  

### NARRATIVE

On January 30, 2023 at approximately 1300 hours, while performing my duties as Investigative Services Unit (ISU) 214072 Body-Worn Camera Officer, I downloaded Body-Worn Camera footage pertaining to Incident Report 52003 on Facility A from Body-Worn Cameras, A PROGRAM SGT EOP 220364, A PROGRAM SGT 220361, A PROGRAM SGT ASU EOP 220365, A PROGRAM SGT PSU 220363, A YARD 1 222021, HCA A 2 ESCRT PSU 1 223021, A SEC PAT PATIO 222015, A 1 SEC PAT 1 221014, A 2 SEC PAT 1 221024, HCA A 2 ESCRT PSU 2 223022, A 1 SEC PAT 2 221015, A 3 FLR 2 221032, A 2 FLR 1 221021, HCA A 1 ESCRT PSU 1 223011, A 4 FLR 2 221042, A 4 FLR 1 221041, HCA A 1 ESCRT PSU 2 223012, A 6 FLR 1 221061, A OBS 1 222001, A YARD 2 222022, A YARD 4 222024, A 3 CNTRL 221030 and A 2 SEC PAT 2 221025 onto a CD. I wrote the incident number, date, my name and badge number on the CD. I secured the CD into an evidence envelope and sealed it with tape. I wrote my name, badge number and date on the tape and envelope. I processed the evidence into ISU Evidence Room. This concludes my involvement in this incident.

E. Barrios  
**STAFF SIGNATURE**  
**DATE:** 01/30/2023  

**BADGE #:**  
**PERNR:**  

**NARRATIVE REVIEWED:** Yes  
**REVIEWED DATE:** 01/30/2023  
**REVIEWED BY STAFF:** Fujiwara,  
**REVIEWED TIME:** 16:16:40  

---

**STAFF NAME:** Phun,  
**CREATED DATE:** 01/30/2023  
**NARRATIVE TYPE:** Initial Report  
**CREATED TIME:** 12:05:39  

### NARRATIVE

On January 30, 2023 at approximately 1100 hours, while performing my duties as Investigative Services Unit (ISU) #6 Post # 214056, I downloaded master video footage pertaining to Incident Report 52003 on Facility A from cameras SAC_AHU34_1040 and SAC_AHU34_1041 onto a CD. I wrote the incident number, date, my name and badge number on the CD. I secured the CD into an evidence envelope and sealed it with tape. I wrote my name, badge number and date on the tape and envelope. I processed the evidence into ISU Evidence Room. This concludes my involvement in this incident.

M. Phun  
**STAFF SIGNATURE**  
**DATE:** 01/30/2023  

**BADGE #:**  
**PERNR:**  

**NARRATIVE REVIEWED:** Yes  
**REVIEWED DATE:** 01/30/2023  
**REVIEWED BY STAFF:** Fujiwara  
**REVIEWED TIME:** 14:17:49  

page 5 of 5

Exhibit "B"

# Proof of Service

I declare that on Monday 1-16-24 I placed my 5 page "Amended Complaint" in the prison mail to be sent to the court of the eastern district of California.

Sent to:
  Office of the clerk Attn:
  United States Magistrate Judge
  Carolyn K. Delaney
  U.S. District Court
  Eastern District of Cali
    501 1st Ste. 4-200
    Sacramento Ca 95814-2322

Fr: F.M. G-36444
    CHCF B7B 116
    P.O. Box 32110
    Stockton Ca, 95213